IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| KELLY M. WILSON,<br><br>Plaintiff,<br><br>vs.<br><br>AVON PRODUCTS, INC.,<br><br>Defendant, | Case No: 1:05-CV-677<br>District Judge Susan J. Dlott<br><br>NOTICE OF VOLUNTARY DISMISSAL |

Pursuant to Rule 41 of the Ohio Rules of Civil Procedure, plaintiff, Kelly M. Schuster (a.k.a. Kelly M. Wilson), hereby dismisses the within cause of action against defendant, Avon Products, Inc. without prejudice.

Respectfully submitted,

MILLIKIN & FITTON LAW FIRM
A Legal Professional Association

By: *Emily S. Pan*
Gregory E. Hull (0023520)
Emily S. Pan (0079717)
6 South Second Street
P.O. Box 598
Hamilton, Ohio 45012
Phone: (513) 863-6700
Fax: (513) 863-0031
e-mail: pan@mfitton.com

Attorneys for Plaintiff, Kelly M. Schuster
(a.k.a. Kelly M. Wilson)

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing has been sent by regular U.S. Mail and by electronic mail on the 22nd day of November, 2006, to:

Janine Hancock Jones, Esq.
Capitol Square, Suite 2100
65 East State Street, Columbus
Ohio, 43215-4260

*Emily S. Pan*
Emily S. Pan (0079717)

2